IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                       **CASE NO. 5:17-CR-50016**

**KELEN DAVID TOMLINSON**                                                               **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 27) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on February 27, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 27) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion Requesting Jail Credit (Doc. 26) is **DENIED WITHOUT PREJUDICE** to Defendant filing a petition under 28 U.S.C. § 2241 in the appropriate district after he has exhausted the Bureau of Prison's administrative remedies.

**IT IS SO ORDERED** on this 19th day of March, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE